# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BARRY BOSWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 2:17-cv-01043-JHE |
| **NATIONSTAR MORTGAGE, LLC,** ) | |
| a corporation; ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Barry Boswell and Defendant Nationstar Mortgage, LLC by and through their undersigned counsel, having reached an amicable resolution of their dispute, stipulate and agree that all claims in this action should be dismissed, with prejudice, costs and fees taxed as paid.

Respectfully submitted this 15th day of May, 2018.

1

_[signature]_

One of the Attorneys for Defendant Nationstar Mortgage, LLC

**OF COUNSEL:**
Gregory C. Cook
Email: gcook@balch.com
Ginny Willcox Leavens
Email: gwillcox@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile:   (205) 226-8799

_[signature]_

One of the Attorneys for Plaintiff Barry Boswell

**OF COUNSEL:**
John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: 205-879-2447
Email: john@wattsherring.com
         stan@wattsherring.com